STATE OF NEW JERSEY v. MICHAEL BENNETT.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL ANDERSON.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL COLEMAN.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. RONALD HAYES.

May 26, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH E. PLANTER.

May 26, 1982.

Petition for certification denied.